244 F.2d 542
 DIETHELM & CO., Limited, Libelant-Appellee,
v.
THE FLYING TRADER, her engines, boilers, etc., and
Isbrandtsen Company, Inc., Respondent-Appellant.
 No. 351, Docket 24179.
 United States Court of Appeals Second Circuit.
 Argued May 10, 1957.
Decided May 27, 1957.
 
 Kirlin, Campbell & Keating, New York City, Edward J. Heine, Jr., and L. De Grove Potter, New York City, of counsel, for Isbrandtsen Co., Inc., respondent-appellant.
 Hill, Rivkins, Middleton, Louis & Warburton, New York City, J. Edwin Carey and Melvin J. Tublin, New York City, for libelant-appellee.
 Before CHASE, HINCKS and LUMBARD, Circuit Judges.
 PER CURIAM.
 
 
 1
 Decree affimed on opinion below. See Diethelm & Co. v. S.S. The Flying Trader, D.C., 141 F.Supp. 271.